IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ANTHONY VIDLAK,<br><br>　　　　　Defendant. | 8:04CR166<br><br>**ORDER** |

　　　This matter came on for hearing on June 11, 2015, on Defendant's request for release to homeless shelter/transitional programming.

　　　IT IS ORDERED as follows:

　　　The Defendant shall be released from custody on June 16, 2015, at 9:00 a.m. so that he can be admitted that same day to Open Door Mission, 2828 North 23rd Street East, Omaha, Nebraska.

　　　The Defendant shall be released from custody on the condition that he immediately enter such program and remain in and follow all of the requirements of such program.

　　　The Defendant shall execute all necessary release forms to allow his Probation Officer to communicate with the Defendant's counselors and mental health therapists affiliated with Open Door Mission.

　　　The Defendant shall obtain mental health evaluations as directed by his probation officer.

　　　The Defendant shall comply with all previously ordered conditions of probation.

　　　Should the Defendant be discharged from the program for any reason, or otherwise violate any condition or this order, or the previously set conditions of supervised release, then a warrant shall issue for his arrest.

　　　IT IS SO ORDERED.

　　　Dated this 11th day of June, 2015.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge